# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RBC CENTURA BANK,<br><br>Defendant. | Case No. 2:08-CV-00369 GEB-EFB<br><br>**ORDER ON STIPULATION RE: DISCLOSURE AND EXCHANGE OF EXPERT WITNESS INFORMATION** |

IR01DOCS378849.1

ORDER ON STIPULATION RE:
DISCLOSURE AND EXCHANGE OF EXPERT
WITNESS INFORMATION

1  Having reviewed and considered the Stipulation Re: Disclosure and
2  Exchange of Expert Witness Information submitted by the parties, it is hereby
3  ORDERED that the Stipulation is approved and the date for disclosure and
4  exchange of expert witness information in the above-captioned action is continued
5  to January 20, 2009.

7  Dated: 9/22/08

8  Garland E. Burrell, Jr.
   United States District Judge

10 Respectfully submitted by:

11 BRYAN CAVE LLP

13 By: s/H. Mark Mersel
       H. Mark Mersel
14 Attorneys for Plaintiff
15 TRAVELERS CASUALTY AND SURETY
   COMPANY OF AMERICA

378849.1

ORDER ON STIPULATION RE:
DISCLOSURE AND EXCHANGE OF EXPERT
WITNESS INFORMATION