IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
TRAVELERS PROPERTY CASUALTY    )
COMPANY OF AMERICA,            )    2:08-cv-00369-GEB-EFB
                               )
          Plaintiff,           )    AMENDMENTS TO
                               )    SCHEDULING ORDER
     v.                        )
                               )
RBC CENTURA BANK,              )
                               )
          Defendant.           )
_____)
```

On May 21, 2009, Plaintiff filed a motion to schedule a last hearing date for law and motion matters. This request is granted since the elimination of the referenced hearing date was erroneous and occurred when the Court attempted to accommodate an earlier request in this action for modification of scheduling dates. Therefore, the scheduling order is modified as follows:

(1) the last hearing date for motions shall be at 9:00 a.m. on September 14, 2009;

```
 1      (2)  the final pretrial conference will commence at 1:30 p.m. on
 2           November 9, 2009; and,
 3      (3)  trial will commence at 9:00 a.m. on February 9, 2010.
 4           IT IS SO ORDERED.
 5  Dated:  May 26, 2009
```

_____
GARLAND E. BURRELL, JR.
United States District Judge